**Exhibit A to the Complaint**

Case No. 5:21-cv-01003

**Location:** San Antonio, TX  **IP Address:** 70.240.252.139
**Total Works Infringed:** 59  **ISP:** AT&T Internet Services

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 12B7A3C14B3A7A4A9D2712008FA31DEE6CC1731E<br>File Hash: 7560E11AD69B8634C114F0797C32BB5263371F69533CBDCE3F9E6DE3652ABC09 | 09-19-2021 08:33:28 | Blacked Raw | 10-24-2019 | 11-05-2019 | PA0002210293 |
| 2 | Info Hash: B426DA516B5F87C97B1C1D5732F040BC16B1F5A4<br>File Hash: 8D6DDB62698A011D6F8AEDECA858410D559FE50CDD8DF33B7527D8CBC1F54D77 | 09-19-2021 08:31:32 | Blacked | 07-24-2019 | 09-10-2019 | PA0002199414 |
| 3 | Info Hash: 5DC2FDD94F0BEA0D820D57FE5F07334D76DE35BB<br>File Hash: 7AFC811A17D0B351422F3044B7887AB7B344719DB2065EAFBA4C5005D3D9FD45 | 09-19-2021 08:24:48 | Blacked Raw | 03-02-2020 | 04-17-2020 | PA0002246105 |
| 4 | Info Hash: 5DC77020A12CCE492606F81A89809CF2A2F3273E<br>File Hash: F5F747A4531B9217540F7D1E15F5C1117D0122BC044F5EC6380653DB1233B56C | 08-31-2021 04:16:30 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 5 | Info Hash: 80F4781860CA14A36CFF0ED5574EB7817FDE4D80<br>File Hash: FA941BFA59F138EC3352364DCFE60E53882E4C160B135AC3576A3D7585904F9F | 08-16-2021 23:13:39 | Vixen | 12-30-2017 | 01-15-2018 | PA0002070944 |
| 6 | Info Hash: AF5E9F5A7C0F50A3A0CCCA08C875B36921047704<br>File Hash: 21CAD60EE506BBDED08963BA90DAE8F45CB680BDC66E1BB515F46060D4549B4C | 08-16-2021 04:56:35 | Tushy | 09-28-2019 | 10-21-2019 | PA0002207776 |
| 7 | Info Hash: C1242C6BAF05ADCC2C4FB61D40FAC6C469F25E9B<br>File Hash: 7AF74E7CE4DBFA32A91660047986096983404 2EF0CFFF0FCA71170B13DB51AA5 | 08-12-2021 16:23:26 | Blacked | 04-25-2017 | 06-15-2017 | PA0002037576 |
| 8 | Info Hash: 3FE9036A654A9E20E599BF718D348909F84586EF<br>File Hash: 8E05CEF070ABE27ED69758A5A8E0EBD0DA54CE1AF7878CCBE677280B5098D313 | 08-12-2021 15:59:47 | Tushy | 07-11-2021 | 09-21-2021 | PA0002312668 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 7B364338CD90FC951B3F536B186EBA30DE4246FC<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 08-12-2021 03:59:12 | Blacked Raw | 11-28-2018 | 01-22-2019 | PA0002149836 |
| 10 | Info Hash: 7867AA4C74B69B8F203EF5AF81C9C9B4C6174C87<br>File Hash: 9EF5D83A90CDFAA3779F8257C8E90E4295899F64AAFDF313031A64E8AD7DE1E8 | 08-05-2021 20:56:20 | Blacked Raw | 08-02-2021 | 08-23-2021 | PA0002308428 |
| 11 | Info Hash: 4B9E0DF0E3594DC1E77FE5C08FA2A6FEA65979DC<br>File Hash: 6D0B00FE6045563EFFA36214E2784DFAE617E37E8DBCA72A35C1F9D1D75D314F | 07-28-2021 22:58:44 | Blacked Raw | 02-26-2019 | 03-31-2019 | PA0002163980 |
| 12 | Info Hash: 5D0B4AD468484FBE8B14C3EDE83C0059A3B500FC<br>File Hash: 5D52B81B4CD702783EF137C80FCA97DEFE10239686FCA3DDA9666FA8BE103EBD | 07-04-2021 12:25:42 | Blacked | 06-05-2021 | 06-15-2021 | PA0002296924 |
| 13 | Info Hash: BDBAE1C84D5AEA87366536CA865E81AB1417B731<br>File Hash: 68DBA67F87A3288D3A5A6A51EC1D0960433A5BCC83951225689821A459169942 | 06-21-2021 20:39:14 | Blacked | 11-21-2018 | 01-22-2019 | PA0002149833 |
| 14 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash: 22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 06-21-2021 20:08:55 | Tushy | 05-31-2018 | 07-14-2018 | PA0002131771 |
| 15 | Info Hash: 23118C154A2FD4EBC3BD00500D2DCDEA4F2C56B1<br>File Hash: 3DA5CEB1E2331B505481C38046515105224F4DBBA22196663E8B26FDDBA4A8E7 | 05-25-2021 03:32:46 | Vixen | 03-20-2019 | 04-17-2019 | PA0002186982 |
| 16 | Info Hash: E9DB8BE26B56BFF69AC9279777644AE132988A8F<br>File Hash: F83F1606590AC7256D37203AA4280E8892E6D55FE39E51AEFFF1693785E7D656 | 05-25-2021 03:23:37 | Blacked | 11-25-2019 | 12-09-2019 | PA0002216262 |
| 17 | Info Hash: DAAB1603971461BD3D663620ED1313A2096BA184<br>File Hash: 208C2094E936E0C81D7BE784548F4DEEC34975FA611D8D2CD633CCB4F288C2C3 | 05-25-2021 03:20:27 | Blacked Raw | 02-13-2019 | 03-24-2019 | PA0002183197 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 73A2A94B799E648A0B3BF984EF26B33BDB6D9F3B<br>File Hash: 3A43357A29B98E7B2324EEF0D6C3A5757CB6607382EEDD5ABFAB1839DE1F84DA | 05-25-2021 03:19:02 | Vixen | 09-11-2019 | 09-25-2019 | PA0002203160 |
| 19 | Info Hash: D9D453CA10A11F235D92278E4484BBE5A2B5A9F1<br>File Hash: E5EAF731B958DF01B63E05FEB6F936C4B98032B1377C42E41EA24F47D29AEFCE | 05-25-2021 03:18:26 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 20 | Info Hash: 431A23B6E16E13B9FF0A54F59EFED0980E92ECCD<br>File Hash: 6E8A773C4314F91654571CCB1193F4346ED8F3016CEECB942AF7A61B850CCB30 | 05-24-2021 19:52:23 | Vixen | 05-14-2021 | 06-03-2021 | PA0002299686 |
| 21 | Info Hash: D31CBC39E31EA20141EB847E24725F06CFC004AB<br>File Hash: 942CEC810CF3D9ADBDAA1AAA8A30606E57BABF8D0CAF9139AEC3DEC79B390C4B | 05-24-2021 19:47:21 | Blacked | 04-05-2017 | 06-05-2017 | PA0002052859 |
| 22 | Info Hash: E2CA4D4217E8E7EDD519E8CC21101219F0611D8A<br>File Hash: DCBE041407D9045781E5318840AEAEEE2E846C4FDB72FA4FF168C59CEC30F0EA | 05-10-2021 01:41:37 | Blacked | 09-19-2020 | 09-29-2020 | PA0002258681 |
| 23 | Info Hash: 425B69EBF37AF69ECEF370C54A0B8F23AB28C401<br>File Hash: 7C0FB3C1BB3F1DF8CAAC603A4D2F6E76DC9BDB04138DC2CBABB665BADAE3B47B | 05-10-2021 01:33:58 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 24 | Info Hash: 6A0E4F47E6B770D53A96234596721B9EB309ABC5<br>File Hash: 7C515B5F023A5BB71D35A3A323BAC5736B51C521139A3189D8D070EAF8E0997A | 05-10-2021 00:40:04 | Blacked | 07-25-2020 | 08-11-2020 | PA0002252256 |
| 25 | Info Hash: 56DCEECF670433E528CAF870134FB35521993324<br>File Hash: 49478B9A5A0DE609D68FCF73946C83E36F6A895193143EF44BF6C2F82582A5C3 | 05-10-2021 00:39:51 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 26 | Info Hash: 74E070565386C10CB521376AFA332D57AE57DE3E<br>File Hash: C305F03E47FEC04143A5E7395AA36AFD25D181AF5702910585C5544873377C4A | 05-10-2021 00:22:04 | Blacked | 12-01-2018 | 01-22-2019 | PA0002149844 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 8340DF7A3A5C43A154B8A190F8EB6010786137E1<br>File Hash: D43189B0C9E38B7CAC6D1348B018E82246553D9F71EC7532F1A1C1F5FB5A6A10 | 05-10-2021 00:17:38 | Blacked | 01-10-2020 | 02-04-2020 | PA0002225582 |
| 28 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash: C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 05-10-2021 00:15:38 | Blacked | 02-19-2020 | 03-18-2020 | PA0002241617 |
| 29 | Info Hash: 37843E981F023C4F8A614866482FB097EADB6190<br>File Hash: E3220ED2ACA24FFAB45B969A40C2B53659F98D2F13A0E8C3D2A45D678DE4B327 | 05-10-2021 00:12:03 | Blacked | 10-17-2020 | 11-05-2020 | PA0002263387 |
| 30 | Info Hash: 3F234693C7427250358D58C3A9CBB4A5DE6E058A<br>File Hash: E86E74055FE584DC77A55C771B9390528CC634E0BE85F5CB58F6601C0EA8ED77 | 05-09-2021 21:33:01 | Tushy | 01-06-2019 | 01-22-2019 | PA0002147897 |
| 31 | Info Hash: 53DFAD25E14FFB1D5151685A90C174CE24B1BF05<br>File Hash: 641BF17828C09C914D56D1B9D789B3DB2CB5798E9CB02B5AD805F0BDC001CCD7 | 05-09-2021 07:44:38 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 32 | Info Hash: FD566995F3728DBE3CB9331DB4DDF9D40A8AB46C<br>File Hash: 2B5903DE34F121905C56E7D0465FDD8249D61FE160D063D59B3046C23F738F9A | 05-09-2021 07:33:20 | Blacked | 06-28-2019 | 08-27-2019 | PA0002213235 |
| 33 | Info Hash: 44EE8007D31DF8D2883B228679B50BB1595A5667<br>File Hash: 55FC2F77E81859E8B87D1F9CF22A955FF16C16FB4A9B88F167E504FEC23C6B40 | 05-09-2021 07:32:52 | Blacked | 07-24-2018 | 09-01-2018 | PA0002119589 |
| 34 | Info Hash: E624078D6EFCDFA76F06EA9E4048E05FF7C600C5<br>File Hash: 694A2F8CF6F88FE8FE7714EBD1B2415BD77F0504E2A0821729C796DEE40A36F1 | 05-09-2021 04:27:13 | Blacked | 08-03-2017 | 08-17-2017 | PA0002077671 |
| 35 | Info Hash: 07E7AE0C70026BD3B8536165701301638E4360A5<br>File Hash: 71AD2D0C7A73F9B640A0D36F3DD3DD491D9962B06C3B5C1B0A8F1147F5F75354 | 05-09-2021 04:26:13 | Blacked Raw | 11-09-2020 | 12-09-2020 | PA0002274940 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: E94C6C84F8CB699DC6A5BEAF48D1409C03D3A09A<br>File Hash: EED64CB65161A021598703F22CDCA5D24EA9C70C1B9F038BAFD55B5271A7786E | 05-08-2021 06:19:14 | Vixen | 11-27-2020 | 11-30-2020 | PA0002266359 |
| 37 | Info Hash: A7F1171CFACE35002A796CC7428B8304B4D2F335<br>File Hash: 997739CDCA49570ACD6F62ED8DA696908D68B6C43D24AF15EE3A11422344A509 | 05-08-2021 06:18:24 | Blacked Raw | 03-01-2021 | 03-08-2021 | PA0002280355 |
| 38 | Info Hash: 592CC90904C53EF2703DB9CFE9C4184C72214506<br>File Hash: 23D54B2543E07A11C8AE2914890F822A39159C9D5F9AD4C7BD1A1703C95626AB | 05-08-2021 06:18:24 | Blacked | 01-02-2021 | 01-05-2021 | PA0002269954 |
| 39 | Info Hash: D12A07257FE12064F7F7BECE5EAEBE4E3C1F243A<br>File Hash: 1C9AF7265A329E592917644F5C0B04F297958FD8B33EABF8CE838524C95A25DD | 05-08-2021 06:18:21 | Vixen | 12-25-2020 | 02-02-2021 | PA0002280511 |
| 40 | Info Hash: 40E9B747F9F76B02D8318A9F1A8D458AE6B1DEE6<br>File Hash: 90F0EDD56A0E25855AB1FFD9C94D59B4607F15898B502F5276EC1F80113D2FD3 | 05-07-2021 23:39:47 | Tushy | 10-08-2017 | 10-19-2017 | PA0002058298 |
| 41 | Info Hash: A2F12D22A1ED9F23F0499A8DAA8C8F65CAE2A0F7<br>File Hash: 0FD973AB75E0C0D9652AFB834F9A3CB1FC4734F6F7736DD8C88C7DC5E8A372CE | 05-07-2021 23:38:38 | Vixen | 04-09-2018 | 06-19-2018 | PA0002126676 |
| 42 | Info Hash: 75A353D79EC4B06347D0AD1935D3F3D242B8A70C<br>File Hash: 6F67DB138AEA067313D743B5DE624E3218F0C0A3BA98F12C6FA44D04FF31F9BA | 05-07-2021 20:49:15 | Vixen | 12-25-2019 | 01-03-2020 | PA0002219640 |
| 43 | Info Hash: BEF0D2E7B96DDC060FA0F61AB59A5985525115B5<br>File Hash: B67B097F801EEA65584A38F8DCE91095187EC713948B4F65B62B25346C690CAF | 05-07-2021 20:47:35 | Vixen | 07-31-2020 | 08-11-2020 | PA0002252260 |
| 44 | Info Hash: DA9FC5624A00B5B18BEFBCF28AB66119198189DD<br>File Hash: A790D67972270A9C923425B5B622571F18871C5E7F96E96867150001EDD3B377 | 05-07-2021 20:46:35 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: AFE69E2BA4D77A89A9E82444A7A4709799A09FEC<br>File Hash: 8AA0BD90798BFC1DF4B7B509BF22564F8BA03059DA406A399BFA4E231F9DA12E | 05-07-2021 20:41:26 | Vixen | 01-24-2018 | 03-02-2018 | PA0002104759 |
| 46 | Info Hash: EE4D29BA667E69950AA31279F7FA846BF696BF9D<br>File Hash: CBBA895BE4865BD867EC9F1DE3100FCB5C172459C4E0F59EDC51E5818599B405 | 05-07-2021 20:25:48 | Blacked | 08-03-2018 | 09-01-2018 | PA0002119596 |
| 47 | Info Hash: 3777B1D1DEAB912371BAB2EB00A80A71AE9DF046<br>File Hash: 8416F84733F25D958C071C250C42F9CF58200F63B370350D2B9DFE463E91C4E8 | 05-07-2021 20:25:36 | Blacked | 04-03-2021 | 04-14-2021 | PA0002286725 |
| 48 | Info Hash: 3191681C58BD7644E78F6498C50CEE6B723C5171<br>File Hash: 7273028B35C11CBC3E3D63D233DBC281A469C7D11FDC41F8B4EA97149838ECD5 | 05-04-2021 04:00:28 | Tushy | 09-14-2020 | 09-29-2020 | PA0002258682 |
| 49 | Info Hash: 41173C5F7359A9FC9F286D56CAA3585A9B525A27<br>File Hash: 6726476A3C0BB654896DD95921CAAA306C2870E19C498587A6AE105DBC5F10CC | 05-04-2021 03:56:31 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 50 | Info Hash: 5D2BFD8E84BEC03B46E445C517DCD6CB7091A545<br>File Hash: E72A5AD2FA19999DE3594E4E11E69AAE595C3F128A09DA5E97317E75BBA0CA28 | 05-04-2021 03:56:03 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 51 | Info Hash: 5EA1CEDFD4BE9576CDFC7164EC71A2854CBFE95B<br>File Hash: 19B7648336A0AB740B87093BD080CCAEC8B990B2083C3E21389D741846334EA5 | 05-04-2021 03:54:53 | Tushy | 02-28-2021 | 03-22-2021 | PA0002282501 |
| 52 | Info Hash: F54D83B07A67B42DD126288CCD96E26BD4E25316<br>File Hash: 1012A4034610D20C3D0A0A716FCF4FB6F493934658BAA3A9311C1E467DBDE5F8 | 05-04-2021 03:54:39 | Tushy | 09-20-2020 | 09-29-2020 | PA0002258683 |
| 53 | Info Hash: 10C91184EF279775EAD44F654BDD1466DEF80FF6<br>File Hash: 889C75786835EAFDB35672E2E8F6950C938E03AC610088DF4E9CA6F94C243FE8 | 05-03-2021 20:40:11 | Blacked | 03-27-2021 | 04-27-2021 | PA0002288945 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 54 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash: 47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 05-03-2021 20:38:42 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 55 | Info Hash: EA3BFEA5DF74FBE89E2AD79CD38A32EF4210BB4F<br>File Hash: 3088FB2726C52B5325B89F21E46D62070F10301B2B6CA4ECB5EF86D0CA89F650 | 05-03-2021 20:37:05 | Blacked | 02-27-2021 | 03-08-2021 | PA0002280373 |
| 56 | Info Hash: 5AF65FC2F36FDE10482D4C645E22493BBB1E7A41<br>File Hash: 7D3192E9D7806075BD7916816DC9771E30741ACC903282A22FEEB98033F789D4 | 05-03-2021 20:33:33 | Blacked Raw | 05-25-2020 | 06-22-2020 | PA0002245633 |
| 57 | Info Hash: 147E2214474BE545770CB1C302AF2A96F5DF3FD9<br>File Hash: 7F1A1A9E65AD9F466AF46144FBCDFAABE27C64AC49136D7E98910C70177D28E0 | 05-03-2021 20:31:41 | Vixen | 11-20-2020 | 11-30-2020 | PA0002266357 |
| 58 | Info Hash: CBEC46459AE533CA84B9B04B6112A56ECA06279B<br>File Hash: 230D3F95B666FD506C2CD0E1859CAD4F2BDE3DFF5C8BB975B0C1F971338FBB5D | 05-03-2021 20:27:00 | Blacked Raw | 01-18-2021 | 02-09-2021 | PA0002276148 |
| 59 | Info Hash: 9E2F5417123D212AD769383367422601EA5A6530<br>File Hash: 7D187B1547ED5A333E932A991FAAEC66AD63A9405AA265AB439B76D12E140DDD | 04-27-2021 04:52:12 | Tushy | 04-11-2021 | 04-27-2021 | PA0002288948 |